IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMIE FAUST,<br><br>                Defendant. | 8:12CR393<br><br>**ORDER** |

Defendant Jamie Faust appeared before the court on Monday, May 11, 2015 on a Petition for Warrant or Summons for Offender Under Supervision [81]. The defendant was represented by CJA Panel Attorney Denise E. Frost, and the United States was represented by Assistant U.S. Attorney Jeremy K. Anderson. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

      I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Kopf.

      IT IS ORDERED:

      1.     A final dispositional hearing will be held before Senior Judge Kopf in Courtroom No. 1, Fourth Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 26, 2015 at 9:30 a.m. Defendant must be present in person.

      2.     The defendant is released on current conditions of supervision.

      Dated this 11th day of May, 2015

                                                               BY THE COURT:

                                                               s/ F.A. Gossett, III<br>                                                               United States Magistrate Judge