IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR393 |
| | ) | |
| V. | ) | |
| | ) | |
| JAMIE FAUST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After careful consideration,

IT IS ORDERED that:

(1) The defendant's unopposed motion to review detention and continue disposition hearing (filing 107) is granted.

(2) The defendant's revocation hearing is continued for 90 days until Tuesday, October 27, 2015, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(3) Ms. Faust shall be released to a member of the Federal Public Defender's Office on July 16, 2015.

(4) Ms. Faust is ordered to follow the instructions of her Probation Officer and the staff at St. Monica's in Lincoln, Nebraska.

(5) Ms. Faust shall not leave St. Monica's without the express permission of her Probation Officer.

(6) Ms. Faust is ordered to perform and abide by the provisions of paragraph 4 of filing 107.

(7) The Clerk shall provide a copy of this order to AFPD Jessica Milburn, AUSA Jeremy Anderson, and USPO Todd Enger.

DATED this 14th day of July, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge